LASKI v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. May 4, 1922.) No. 319. In Error to the District Court of the United States for the Eastern District of New York. Joseph Laski was convicted of violation of the National Prohibition Act, and brings error. Affirmed. Arthur Goodstein, of Brooklyn, N. Y., for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Henry J. Walsh, Asst. U. S. Atty., of Brooklyn, N.

Y., of counsel), for the United States. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.